IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:00-cr-138-ACC-DAB-1

UNITED STATES OF AMERICA
    Plaintiff,

v.

HAITHAM KHALIL FARAH
    Defendant,

## **MOTION TO TERMINATE PROBATION**

COMES NOW, HAITHAM KHALIL FARAH , by and through the undersigned attorney, and files this, his Motion to Terminate Probation and states and requests as follows:

1. On February 23, 2001, the Defendant was originally sentenced to 46 months imprisonment, 60 months supervised release and ordered to pay $100.00 assessment. The Court ordered that supervised released would be unsupervised provided that the Defendant left and did not re-enter the United States. On December 18, 2001, the Defendant's imprisonment was reduced to 24 months.

2. The Defendant has successfully satisfied the conditions of paragraph 1 and has completed half of the probation sentence.

3. The Defendant is requesting that the Court terminate his probation or in the alternation set a hearing in this matter to Terminate Probation.

THEREFORE, it is respectfully requested that this Court grant this Motion to Terminate Defendant's Probation.

Respectfully submitted this 18th day of October, 2006.

*F Wesley Blankner Jr*

F. WESLEY BLANKNER, JR.
Florida Bar Number 241784
JAEGER & BLANKER
217 East Ivanhoe Blvd. North
Orlando, Florida 32804
Email: clwh1978@yahoo.com
Telephone: 407-894-0341
Fax: 407-898-8248

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing has been mailed, United States Attorney's Office, 501 W. Church Street, Suite 300, Orlando, Florida 32805 this 18th day of October, 2006.

*F Wesley Blankner Jr*

F. WESLEY BLANKNER, JR.
Florida Bar Number 241784
JAEGER & BLANKER
217 East Ivanhoe Blvd. North
Orlando, Florida 32804
Email: clwh1978@yahoo.com
Telephone: 407-894-0341
Fax: 407-898-8248