UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:00-cr-133-Orl-22-DAB

HAITHAM KHALIL FARAH

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO TERMINATE PROBATION**

The United States of America, appearing by the undersigned Assistant United States Attorney, responds to the defendant's Motion To Terminate Probation, as follows.

The undersigned has spoken with the U.S. Probation Officer assigned to supervise the defendant. As a result, the government does not object to termination of the defendant's term of supervised release.

WHEREFORE, the government prays the Court accept its Response in this matter.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: *s/ Cynthia A. Hawkins*
Cynthia A. Hawkins
Assistant United States Attorney
Florida Bar No. 305049
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: cynthia.hawkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

F. Wesley Blankner, Jr., Esq.

                                      *s/ Cynthia A. Hawkins*
                                      Cynthia A. Hawkins
                                      Assistant United States Attorney
                                      Florida Bar No. 305049
                                      501 West Church Street, Suite 300
                                      Orlando, Florida  32805
                                      Telephone:   (407) 648-7500
                                      Facsimile:   (407) 648-7643
                                      E-mail:       cynthia.hawkins@usdoj.gov